AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Dr, Tarek El-Bawab <br><br> *Plaintiff(s)* <br> v. <br> Jackson State University <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15cv733 DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jackson State University, by and through its
President, Carolyn W. Meyers
1400 John R. Lynch Street
Jackson, MS 39217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dennis L. Horn
Horn & Payne, PLLC
P. O. Box 2754
Madison, MS 39130-2754
(Physical address: 1300 Highway 51, Madison, MS 39110)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: OCT - 9 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Dr. Tarek El-Bawab <br><br> *Plaintiff(s)* <br> v. <br> Jackson State Mississippi <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15cv733DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hon. Jim Hood, Attorney General
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dennis L. Horn
Horn & Payne, PLLC
P. O. Box 2754
Madison, MS 39130-2754
(Physical address: 1300 Highway 51, Madison, MS 39110)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: OCT - 9 2015

*Signature of Clerk or Deputy Clerk*